

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARTIN LEYVA VALDEZ,  ) Case No. EDCV 15-00609-VAP (DTB)
        Petitioner,  )
vs.  ) **JUDGMENT**
W. L. MONTGOMERY, WARDEN,  )
        Respondent.  )

In accordance with the Order Denying Application for Extension of Time to File Habeas Petition, and Summarily Dismissing Matter Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: April 10 2015

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1